## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KELLY THOMPSON, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>FIA LIQUIDATION CO., INC., a Florida corporation,<br><br>     Defendant. | Case No. 2:21-cv-14138-AMC<br><br>PUTATIVE CLASS ACTION |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Kelly Thompson and Defendant FIA Liquidation Co., Inc. d/b/a Fiorella Insurance Agency, Inc., pursuant to Southern District of Florida Local Rule 16.4, notify the Court and all interested parties that they have reached an agreement to settle Plaintiff's claims in this matter. The parties anticipate that they will require twenty-one days to finalize their settlement and file a stipulation of dismissal.

Dated: September 2, 2021

**KAUFMAN P.A.**
400 Northwest 26th Street
Miami, Florida 33127
Tel.:    (305) 469-5881

By: /s/ *Avi R. Kaufman*
Avi R. Kaufman (FBN: 84382)
Rachel E. Kaufman (FBN: 87406)
Email: kaufman@kaufmanpa.com
rachel@kaufmanpa.com

*Counsel for Plaintiff Kelly Thompson*

**STUMPHAUZER FOSLID SLOMAN
ROSS & KOLAYA, PLLC**
Two South Biscayne Boulevard, Suite 1600
Miami, Florida 33131
Tel.:    (305) 614-1400
Fax:    (305) 614-1425

By: /s/ *Ian M. Ross*
IAN M. ROSS (FBN: 091214)
Email: iross@sfslaw.com
docketing@sfslaw.com

*Counsel for Defendant
FIA Liquidation Co., Inc.*