UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14138-CIV-CANNON/Maynard

**KELLY THOMPSON,**
individually, and on behalf of all others similarly situated,

      Plaintiff,

v.

**FIA LIQUIDATION COMPANY, INC.,**
a Florida corporation d/b/a
**FIORELLA INSURANCE AGENCY, INC.,**

      Defendant.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the parties' Joint Notice of Settlement [ECF No. 23], filed on September 2, 2021, in which the parties advise that they have settled this matter.  The Court has carefully reviewed the file and is fully advised.  Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Dismissal within twenty-one **(21) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only.  Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Fort Pierce, Florida this 4th day of September 2021.

                                            AILEEN M. CANNON
                                            UNITED STATES DISTRICT JUDGE

cc:    counsel of record