IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

KELLY THOMPSON, on behalf of herself and others similarly situated,

    Plaintiff,

v.

FIA LIQUIDATION COMPANY, INC.

    Defendant.

CASE NO. 2:21-cv-14138-AMC

PLEASE TAKE NOTICE that Plaintiff Kelly Thompson and Defendant FIA Liquidation Company, Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

So Stipulated.

Respectfully Submitted,

Dated: September 28, 2021

*/s/ Avi Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Counsel for Plaintiff and the putative Class*

**STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA, PLLC**
Two South Biscayne Boulevard, Suite 1600
One Biscayne Tower

Miami, FL 33131
Telephone: (305) 614-1400
Facsimile: (305) 614-1425

By:    */s/ Ian M. Ross*
       IAN M. ROSS, ESQ.
       Florida Bar No. 091214
       iross@sfslaw.com

       *Counsel for Defendant*