UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14138-CIV-CANNON/Maynard

**KELLY THOMPSON,**
individually, and on behalf of all others similarly situated,

    Plaintiff,
v.

**FIA LIQUIDATION COMPANY, INC.,**
a Florida corporation d/b/a
**FIORELLA INSURANCE AGENCY, INC.,**

    Defendant.
_____/

## ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Stipulation of Dismissal with Prejudice [ECF No. 25], filed on September 28, 2021. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **DISMISSED WITH PREJUDICE**, effective September 28, 2021, the date the parties filed their [ECF No. 25] Stipulation for Dismissal with Prejudice. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    The Clerk of Court is directed to **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 29th day of September 2021.

                                                        **AILEEN M. CANNON**
                                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record